**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Nathaniel Perez**, <br><br> Plaintiff, <br><br> v. <br><br> **Southland Parcel SPS Ventures, Inc.**, et al., <br><br> Defendants. | No. 2:20-cv-00863-MTM <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Nathaniel Perez, by and through undersigned counsel, gives notice of voluntarily dismissing his claims in this action, with prejudice, against the Defendants.

DATED this 6th Day of July, 2020.

BENDAU & BENDAU PLLC

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th Day of July 2020, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*